RECEIVED

SEP 20 2005

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND PUBLIC INTEREST RESEARCH GROUP, TOXICS ACTION CENTER and SIERRA CLUB,

Plaintiffs, C.A. No. 05-363T

Vs.

BRADFORD DYEING ASSOCIATION, INC.,

Defendant.

**STIPULATION**

The time within which defendant shall file responsive pleadings to plaintiffs' complaint is hereby extended up to and including September 26, 2005.

Defendant,

BRADFORD DYEING ASSOCIATION, INC.,

By its Attorneys,

Gerald J. Petros (#2931)
Alexandra K. Callam (#5358)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (fax)

Dated: Sept. 20, 2005

675520v1

Plaintiffs,

RHODE ISLAND PUBLIC INTEREST RESEARCH GROUP, TOXICS ACTION CENTER and SIERRA CLUB,

By their Attorneys,

for

Kevin McAllister, Esq. (#2641)
Brennan, Recupero, Cascione
Scungio & McAllister, LLP
362 Broadway
Providence, RI
(401) 453-2300
(401) 453-2345 (fax)

Dated: Sept 20, 2005

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE 9/23/05