UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

RHODE ISLAND PUBLIC INTEREST RESEARCH GROUP, TOXICS ACTION CENTER, and SIERRA CLUB,

Plaintiffs,

Civil No. 05-363T

v.

BRADFORD DYEING ASSOCIATION, INC.,

Defendant.

---

**NOTICE OF APPEARANCE**

I hereby enter my appearance as co-counsel, pro hac vice, for Plaintiffs.

Dated: September 28, 2005

Joshua R. Kratka
National Environmental Law Center
44 Winter Street, 4th Floor
Boston, MA 02108
(617) 747-4333

**CERTIFICATE OF SERVICE**

To:

Gerald J. Petros
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, Rhode Island 02903
Defendant's counsel

Kevin J. McAllister
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, Rhode Island 02909
Plaintiffs' counsel

I hereby certify that on September 28, 2005, I caused a true copy of the within Notice of Appearance to be served by first class mail, postage pre-paid, on counsel of record, as listed above.

Joshua R. Kratka