UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND PUBLIC INTEREST RESEARCH GROUP, TOXICS ACTION CENTER, and SIERRA CLUB,

Plaintiffs,

Civil No. 05-363T

v.

BRADFORD DYEING ASSOCIATION, INC.,

Defendant.

**RULE 7.1 DISCLOSURE STATEMENT**

Rhode Island Public Interest Research Group, Toxics Action Center, and Sierra Club are non-stock corporations that do not have any corporate parents.

Dated: October 13, 2005

Plaintiffs, by their Attorneys,

Kevin J. McAllister, #2641
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, Rhode Island 02909
(401) 453-2300 (phone)
(401) 453-2345 (fax)

David A. Nicholas
20 Whitney Road
Newton, Massachusetts 02460
(617) 964-1548 (phone)
(617) 663-6233 (fax)

Joshua R. Kratka
National Environmental Law Center
44 Winter Street, 4th Floor

Boston, Massachusetts 02108
(617) 747-4333 (phone)
(617) 292-8057 (fax)

CERTIFICATION

I hereby certify that on October 13, 2005, I mailed a true copy of the within, postage prepaid, to Gerald J. Petros, Esq. and Alexandra K. Callam, Esq., HInckley, Allet & Snyder, LLP, 1500 Fleet Center, Providence, RI 02903.

[signature]