**UNITED STATE DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND**

RHODE ISLAND PUBLIC INTEREST RESEARCH
GROUP, TOXICS ACTION CENTER, and
SIERRA CLUB,
Plaintiffs

v. C.A. No. 05-363T

BRADFORD DYEING ASSOCIATION, INC.,
Defendant.

**PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION ON EXHIBITS**

Now comes the Plaintiffs, by and through their attorneys, and hereby move the Court for Leave to Exceed the Court's five (5) page limitation on exhibits in connection with Exhibit I to Plaintiffs' Motion for Leave to File First Amended Complaint. Exhibit I is the proposed First Amended Complaint. Plaintiffs are required to attach as an exhibit a complete copy of the proposed First Amended Complaint it is asking the Court to allow them to file in this matter.

No Memorandum of Law is required to support the instant Motion as the need for the leave to file a complete proposed First Amended Complaint is apparent on its face.

Dated: December 9, 2005

Plaintiffs, by their Attorneys,

Kevin J. McAllister, Esq. #2641
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; fax 453-2345

David A. Nicholas (admitted *pro hac vice*)
20 Whitney Road
Newton, MA 02460
(617) 964-1548; fax (617) 663-6233

Joshua A. Kratka (admitted *pro hac vice*)
National Environmental Law Center
44 Winter Street, 4th Floor
Boston, MA 02108
(617) 747-4333; (617) 292-8057

**CERTIFICATE OF SERVICE**

I certify that on December 9, 2005, I mailed a true copy of the within, postage prepaid, to the following counsel of record:

Gerald J. Petros, Esq.
Alexandra K. Callam, Esq.
Hinckley, Allen Snyder, LLP
1500 Fleet Center
Providence, RI 02903-2393

______________________