**UNITED STATE DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

FILED
DEC 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND PUBLIC INTEREST RESEARCH GROUP, TOXICS ACTION CENTER, and SIERRA CLUB,
Plaintiffs

v.

C.A. No. 05-363T

BRADFORD DYEING ASSOCIATION, INC.,
Defendant.

**PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION ON EXHIBITS**

Now comes the Plaintiffs, by and through their attorneys, and hereby move the Court for Leave to Exceed the Court's five (5) page limitation on exhibits in connection with Exhibit I to Plaintiffs' Motion for Leave to File First Amended Complaint. Exhibit I is the proposed First Amended Complaint. Plaintiffs are required to attach as an exhibit a complete copy of the proposed First Amended Complaint it is asking the Court to allow them to file in this matter.

No Memorandum of Law is required to support the instant Motion as the need for the leave to file a complete proposed First Amended Complaint is apparent on its face.

Dated: December 9, 2005

Plaintiffs, by their Attorneys,

Kevin J. McAllister, Esq. #2641
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; fax 453-2345

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
1/9/06