Filed 1/10/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED DEC 19 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

RHODE ISLAND PUBLIC INTEREST RESEARCH GROUP, TOXICS ACTION CENTER, and SIERRA CLUB,

Plaintiffs,

Civil No. 05-363T

v.

BRADFORD DYEING ASSOCIATION, INC.,

Defendant.

**PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a) and 18(a), plaintiffs Rhode Island Public Interest Research Group, Toxics Action Center, and Sierra Club (collectively, "Plaintiffs") hereby move for leave to amend their Complaint in the above-captioned matter. The basis for this motion is set forth in the accompanying memorandum. The proposed First Amended Complaint is attached hereto as Exhibit 1; appended to the First Amended Complaint, as Exhibit A, is Plaintiffs' notice of intent to sue defendant Bradford Dyeing Association, Inc. ("BDA").

Plaintiffs have been unable to obtain BDA's consent to this motion.

Plaintiffs wish to add the following claims against BDA:

(1) ongoing violations of narrative effluent limitations in BDA's Clean Water Act permit regarding visible discoloration of the receiving water and the discharge of visible oil sheen, foam or floating solids (new Count X);

(2) ongoing violations of numerical effluent limitations in BDA's Clean Water Act permit regarding lead (new Count XI).

In addition, Plaintiffs have made minor changes to correct errors present in the original Complaint (spelling error in heading of Count I; explanatory phrase added to ¶ 81; duplicate word deleted from ¶ 118), and have conformed headings and paragraph numbers on pages 27 and 28 to reflect the new counts.

Dated: December 9, 2005

Plaintiffs, By Their Attorneys:

Kevin J. McAllister, #2641
Brennan, Recupero, Cascione, Scungio
& McAllister, LLP
362 Broadway
Providence, Rhode Island 02909
(401) 453-2300 (phone)
(401) 453-2345 (fax)

David A. Nicholas (admitted *pro hac vice*)
20 Whitney Road
Newton, Massachusetts 02460
(617) 964-1548 (phone)
(617) 663-6233 (fax)

Joshua R. Kratka (admitted *pro hac vice*)
National Environmental Law Center
44 Winter Street, 4th Floor
Boston, Massachusetts 02108
(617) 747-4333 (phone)
(617) 292-8057 (fax)

Counsel for Plaintiffs

GRANTED

Ernest C. Torres
Chief, US District Judge
1/25/06

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a true copy of the following documents, postage prepaid, to defense counsel listed below, on December 9, 2005: "Plaintiffs' Motion for Leave to File First Amended Complaint" (with its Exhibit I), and "Memorandum in Support of Plaintiffs' Motion for Leave to File First Amended Complaint".

Gerald J. Petros, Esq.
Alexandra K. Kallam, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Provdience, RI 02903