**National Environmental Law Center**
44 Winter Street, Boston, MA 02108 (617) 422-0880 (ph) (617) 292-8057 (fx)

June 20, 2005

BY CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Michael R. Grills
President
Bradford Dyeing Association, Inc.
460 Bradford Road
Westerly, Rhode Island 02808

Dear Mr. Grills:

This is written on behalf of the Rhode Island Public Interest Research Group, Toxics Action Center, and Sierra Club ("the Citizen Groups"), and their members.

Bradford Dyeing Association, Inc.'s ("BDA") Bradford, Rhode Island textile finishing factory ("the plant") releases a variety of pollutants into the atmosphere and into the Pawcatuck River. Based on available information, the Citizen Groups believe that BDA has violated both the federal Clean Air Act (the "CAA") and the federal Clean Water Act (the "CWA") in operating the plant.

## I. Violations Of The Clean Air Act

As set forth in more detail below, the Citizen Groups believe that BDA has violated a number of "emission standards and limitations," as that term is defined in the Clean Air Act at 42 U.S.C. § 7604(f).

### A. Permit Condition And Regulation Regarding Odor

Staff members of the Rhode Island Department of Environmental Management's ("DEM") Office of Air Resources have determined by personal observation that, on the following dates, BDA emitted air contaminants that created objectionable odors beyond the plant's property line: 2/10/04; 11/17/03; 10/6/03; 9/30/03; 3/27/03; 1/14/03. Each such incident violated Rhode Island Air Pollution Control Regulation No. 17, which provides:

17. Odors
17.1 Prohibitions

No person shall emit or cause to be emitted into the atmosphere any air contaminant or combination of air contaminants which creates an objectionable odor beyond the property line of said person.

17.2 Odor Evaluations

A staff member of the Division of Air Resources shall determine by personal observation if an odor is objectionable, taking into account its nature, concentration, location, duration and source.

Regulation No. 17 is part of the Rhode Island State Implementation Plan ("SIP"), a set of state laws and regulations designed to protect air quality in Rhode Island (SIPs are required by the Clean Air Act, in 42 U.S.C. § 7410, and must be approved by EPA). By violating Regulation No. 17, BDA violated the SIP.

DEM issued BDA an air pollution control permit, Operating Permit No. RI-12-01 ("Air Pollution Control Permit"), pursuant to Title V of the Clean Air Act , 42 U.S.C. § 7661 et seq. General Condition "Q" of the Air Pollution Control Permit contains an odor limit that is identical to the one contained in Regulation No. 17. Each of the incidents listed in the previous paragraph also constitutes a violation of General Condition "Q" of the Air Pollution Control Permit.

DEM files show that the agency has received many reports of BDA creating objectionable odors beyond the plant's property line. However, DEM records also show that DEM staff usually do not follow up these complaints with a visit to the plant or to the person who filed the complaint. According to DEM, the agency's limited staff and the travel time from DEM's Providence offices to the plant limit the agency's ability to adequately respond to the complaints. Even on the rare occasions when DEM staff do visit the plant or the area near the plant after an odor complaint, that visit can take place as much as a week or more after the complaint was received. Table 1, attached, lists odor and other air emission complaints about BDA communicated to DEM since June 2000 and the follow-up, or lack thereof, by DEM.

B. Permit Condition And Regulation Regarding Emissions Detrimental To Person Or Property

Rhode Island Air Pollution Control Regulation No. 7 ("Regulation No. 7") provides:

7. Emission of Air Contaminants Detrimental to Person or Property

No person shall emit any contaminant which either alone or in connection with other emissions, by reason of their concentration and duration, may be injurious to

human, plant or animal life, or cause damage to property or which unreasonably interferes with the enjoyment of life and property.

Regulation No. 7 is part of the Rhode Island SIP. A violation of Regulation No. 7 is a violation of the SIP. General Condition "P" of BDA's Air Pollution Control Permit contains an emission limit that is identical to the one contained in Regulation No. 7.

The BDA emissions that DEM determined created objectionable odors beyond the plant's property line on 2/10/04; 11/17/03; 10/6/03; 9/30/03; 3/27/03; and 1/14/03 (discussed in subsection A, above) violated Regulation No. 7, the SIP and General Condition "P" of the Air Pollution Control Permit. Other BDA emissions that created objectionable odors beyond the company's property, details of which are set out in Table 1, also violated Regulation No. 7, the SIP and General Condition "P" of the Air Pollution Control Permit. In addition, air emissions from the May 9, 2005 fire at the plant violated Regulation No. 7, the SIP, and General Condition "P" of the Air Pollution Control Permit.

C. Permit Condition And Regulation Regarding Opacity Of Emissions

"Opacity" is a measurement of the thickness or density of smoke, and is used to determine the concentration of particulate matter in air emissions. The more opaque the emissions, the more particulate matter is being emitted.

Rhode Island Air Pollution Control Regulation No. 1 ("Regulation No. 1") provides:

1.2 Limitations

No person shall emit into the atmosphere from any source any air contaminant for a period or periods aggregating more than three minutes in any one hour which is greater than or equal to 20 percent opacity.

Regulation No. 1 is part of the Rhode Island SIP. A violation of Regulation No. 1 is a violation of the SIP. General Condition "R" of BDA's Air Pollution Control Permit contains an emission limit that is identical to the one contained in Regulation No. 1.

On a number of occasions, BDA's emissions from the plant had an average opacity of greater than or equal to 20 percent for periods aggregating more than three minutes in any one hour, as determined by compliance observations performed by qualified observers in accordance with federal regulations (40 C.F.R. Part 60, Appendix A, Method 9). On each of the following dates, Division of Air Resources staff determined that air emissions from BDA's plant exceeded 20 percent average opacity for more than three minutes at a time, in violation of opacity standards:

| Date | Percent Opacity | Duration |
|---|---|---|
| 2/10/04 | 30 – 50 % | 10 mins. |
| 9/30/03 | 30 – 60 % | 15 mins. |
| 3/14/03 | 30 – 60 % | 10 mins. |
| 1/14/03 | unavailable | unavailable |

Measured opacity in each of the first three incidents listed was never below 30 percent for the entire duration of the observations. Each of these incidents violated Regulation No. 1, the SIP, and General Condition "R" of BDA's Air Pollution Control Permit.

II. Violations of the Clean Water Act

Dischargers of industrial wastewater must comply with permits issued under the National Pollutant Discharge Elimination System ("NPDES") of the Clean Water Act. In Rhode Island, NPDES is administered by DEM in a program called the Rhode Island Pollutant Discharge Elimination System ("RIPDES"). A RIPDES wastewater discharge permit contains limits on the amount of allowable pollutants, and contains pollutant monitoring requirements. The discharge of any pollutant in violation of a RIPDES permit is prohibited under Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a). During the five years previous to the date of this letter, BDA discharged pollutants from the plant into the Pawcatuck River in violation of its RIPDES permit (RI0000043), and thus violated 33 U.S.C. § 1311(a), as described below.[1] The State of Rhode Island has designated the Pawcatuck River, for five miles downstream of the plant's discharge point, as an impaired water body due to the lack of biodiversity in that portion of the river.

Each day BDA operates, the company discharges approximately 700,000 to 900,000 gallons of wastewater into the Pawcatuck River from Outfall 002 of the plant. BDA's RIPDES permit requires Bradford to comply with "tiered" numerical effluent limitations for biochemical oxygen demand ("BOD"), chemical oxygen demand ("COD"), total suspended solids ("TSS"), surfactants, and phenol, among other pollutants. These limits vary each month according to the level of production at the facility: a higher level of production, expressed in "pounds of cloth per discharge day," corresponds to higher average monthly and maximum daily discharge limits for each of these pollutants. Based upon available DEM records, the Citizen Groups believe that during the past five years BDA has violated these effluent limitations.

In addition, BDA's RIPDES permit requires Bradford to comply with numerical effluent limits for, among other things, copper, whole effluent toxicity, fecal coliform, and pH.[2] These limits do not vary with the level of production, as they are designed to

[1] In 2000 and 2001, BDA was subject to a RIPDES permit that was issued in 1991. Beginning on January 1, 2002, BDA became subject to a reissued RIPDES permit which became effective (with two exceptions described in footnote 2, below) on that date. During the five years previous to the date of this letter, BDA violated both the permit effective as of January 1, 2002, and the previous permit.

[2] BDA appealed the copper and whole effluent toxicity limits in the reissued RIPDES permit that became effective on January 1, 2002. DEM stayed (held in abeyance) the copper and whole effluent toxicity limits

prevent violations of state water quality standards in the river. BDA's RIPDES permit also contains narrative effluent limitations that prohibit Bradford's wastewater discharge from causing "visible discoloration of the receiving waters" and from containing "a visible oil sheen, foam, [or] floating solids at any time." Based upon available DEM records and other available information, the Citizen Groups believe that during the past five years BDA has also violated these effluent limitations.

Table 2, attached, lists the dates on which BDA has exceeded the effluent limits described above since June 2000, along with a description of the applicable effluent limit and the nature or amount of the company's discharge. Each exceedance violated BDA's RIPDES permit and Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a).

The Citizen Groups are aware that Bradford has entered into various consent agreements under which DEM has exercised its discretion not to enforce certain permit terms and conditions. These consent agreements have neither modified Bradford's RIPDES Permit nor relieved the company of its responsibility to comply with the Clean Water Act.

Additional information, including information in Bradford's possession, may reveal additional violations of both the Clean Air Act and the Clean Water Act. This letter covers all such violations occurring within the five years immediately preceding the sending of this notice letter.

The Citizen Groups intend to file suit against Bradford in federal court to secure appropriate relief under state and federal law for these violations of the Clean Air Act and Clean Water Act, and for any similar violations that occur after the date of this notice letter. In so doing, the Citizen Groups seek to improve the water quality of the Pawcatuck River and air quality in the area surrounding the facility by securing long-term compliance with applicable law.

The Citizen Groups would welcome the opportunity to discuss this matter with you. If you are interested, please contact me as soon as possible at (617) 747-4333 or at the address listed above.

Sincerely,

Joshua R. Kratka

---

during the pendency of the appeal, which was resolved on July 30, 2003. During the stay, BDA was subject to the copper limits and the whole effluent toxicity requirements of the 1991 permit.

Additional Legal Counsel Sending This Letter

Kevin McAllister
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, Rhode Island 02909
(401) 453-2300

David A. Nicholas
20 Whitney Road
Newton, Massachusetts 02460
(617) 964-1548

Addresses and telephone numbers of the Citizen Groups

Rhode Island Public Interest Research Group
11 South Angell Street #337
Providence, Rhode Island 02906
(401) 421-6578

Toxics Action Center
44 Winter Street, 4th Floor
Boston, Massachusetts 02108
(617) 747-4374

Sierra Club
21 Meeting Street, Garden Entrance
Providence, Rhode Island 02903
(401) 521-4734

cc:

By certified mail –return receipt requested

Michael R. Grills
P.O. Box 539
Westerly, Rhode Island 02891
(registered agent for Bradford Dyeing Association, Inc.)

Stephen L. Johnson
Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Robert Varney
Regional Administrator
U.S. Environmental Protection Agency
1 Congress Street, Suite 1100 – RAA
Boston, Massachusetts 02114-2023

Hon. Donald L. Carcieri
Governor of the State of Rhode Island
State House, Room 115
Providence, Rhode Island 02903

W. Michael Sullivan
Acting Director
Rhode Island Department of Environmental Management
235 Promenade Street
Providence, Rhode Island 02908-5767

## Table 1 - Citizen Complaints to DEM Since June 2000

| Citizen Complaint | | Nature of Complaint | | Follow-up Inspection | |
|---|---|---|---|---|---|
| Date | Time Received (if known) | Odor | Opacity | Date (if known) | Arrival Time (if known) |
| 05/13/05 | | X | | | |
| 05/12/05 | | X | | | |
| 05/12/05 | | X | | | |
| 05/12/05 | | X | | | |
| 04/14/05 | | X | | | |
| 04/13/05 | | X | | | |
| 04/12/05 | | X | | | |
| 04/11/05 | | X | | | |
| 03/29/05 | | X | | | |
| 03/24/05 | | X | | | |
| 03/15/05 | | X | | | |
| 03/11/05 | | X | | | |
| 02/17/05 | | X | | | |
| 02/15/05 | | X | | | |
| 01/24/05 | | X | | | |
| 01/14/05 | | X | | | |
| 01/07/05 | | X | | | |
| 01/06/05 | | X | | | |
| 12/20/04 | | X | | | |
| 12/15/04 | | X | | | |
| 12/15/04 | | X | | | |
| 12/15/04 | | X | | | |
| 12/14/04 | | X | | | |
| 12/08/04 | | X | | | |
| 12/04/04 | | X | | | |
| 12/03/04 | | X | | | |
| 11/29/04 | 11:14 AM | X | | | |
| 11/09/04 | | X | | | |
| 11/08/04 | | X | | | |
| 11/04/04 | | X | | | |
| 11/03/04 | | X | | | |
| 11/01/04 | | X | | | |
| 10/28/04 | | X | | | |
| 10/27/04 | | X | | | |
| 10/26/04 | | X | | | |
| 10/13/04 | | X | | | |
| 10/12/04 | | X | | | |
| 10/05/04 | 9:40 AM | X | | | |
| 10/05/04 | 11:44 AM | X | | | |
| 10/05/04 | 8:40 AM | X | | | |
| 10/05/04 | 11:40 AM | X | | | |
| 10/05/04 | 3:20 PM | X | | | |
| 10/04/04 | | X | | | |
| 09/30/04 | 12:07 PM | X | | | |
| 09/29/04 | 4:11 PM | X | | | |
| 09/29/04 | 4:15 PM | X | | | |
| 09/27/04 | 9:52 AM | X | X | | |
| 09/23/04 | 10:09 AM | X | | | |
| 09/23/04 | 10:40 AM | X | | | |
| 09/23/04 | 6:56 PM | X | | | |
| 09/22/04 | 10:20 AM | X | | | |

| Citizen Complaint | | Nature of Complaint | | Follow-up Inspection | |
|---|---|---|---|---|---|
| Date | Time Received (if known) | Odor | Opacity | Date (if known) | Arrival Time (if known) |
| 09/22/04 | 10:15 AM | X | | | |
| 09/21/04 | 12:35 PM | X | | | |
| 09/21/04 | 12:25 PM | X | | | |
| 09/15/04 | 8:09 AM | X | | | |
| 09/13/04 | 1:50 PM | X | | | |
| 09/13/04 | 1:40 PM | X | | | |
| 09/10/04 | 2:35 PM | X | | | |
| 09/10/04 | 2:25 PM | X | | | |
| 09/10/04 | 7:11 PM | X | | | |
| 09/10/04 | 11:24 AM | X | | | |
| 09/03/04 | 12:13 PM | X | | | |
| 09/01/04 | 9:20 AM | X | | | |
| 09/01/04 | 10:28 AM | X | | | |
| 09/01/04 | 9:30 AM | X | X | | |
| 08/19/04 | 9:33 AM | X | | | |
| 08/16/04 | 1:35 PM | X | | | |
| 08/16/04 | 2:00 PM | X | | | |
| 08/06/04 | 10:30 AM | X | X | | |
| 08/06/04 | 7:25 PM | X | | | |
| 07/24/04 | 12:35 PM | X | | | |
| 07/19/04 | 10:35 AM | X | X | | |
| 07/15/04 | 8:40 AM | X | | | |
| 07/14/04 | 11:40 AM | X | | | |
| 05/06/04 | 8:35 AM | X | X | | |
| 05/04/04 | 4:11 PM | X | | | |
| 04/28/04 | 12:40 PM | X | | | |
| 04/27/04 | 12:39 PM | X | | | |
| 04/20/04 | 9:40 AM | X | | | |
| 04/16/04 | 8:01 AM | X | | | |
| 04/15/04 | 10:15 AM | X | X | | |
| 04/06/04 | 1:35 PM | X | | | |
| 04/05/04 | 10:15 AM | X | | | |
| 04/02/04 | 1:00 PM | X | | | |
| 03/22/04 | 10:30 AM | X | | | |
| 03/11/04 | 1:46 PM | X | | | |
| 03/11/04 | 4:09 PM | X | | | |
| 03/03/04 | 9:50 AM | X | | | |
| 02/28/04 | 10:22 AM | X | | | |
| 02/26/04 | 10:41 AM | X | | | |
| 02/25/04 | 12:39 PM | X | | | |
| 02/23/04 | 9:41 AM | X | | | |
| 02/23/04 | 12:49 PM | X | | | |
| 02/19/04 | 12:20 PM | X | | | |
| 02/18/04 | 9:00 PM | X | | | |
| 02/05/04 | 11:15 AM | X | | | |
| 02/02/04 | 8:43 AM | X | X | | |
| 01/15/04 | 12:38 PM | X | X | | |
| 01/14/04 | 12:30 PM | X | | | |
| 01/09/04 | 10:15 AM | X | | | |
| 12/08/03 | 11:00 AM | X | X | | |
| 12/03/03 | 10:10 AM | X | | | |
| 12/01/03 | 2:35 PM | X | X | | |
| 12/02/03 | 2:00 PM | X | | | |
| 12/02/03 | 7:06 PM | X | | | |

| Citizen Complaint | | Nature of Complaint | | Follow-up Inspection | |
|---|---|---|---|---|---|
| Date | Time Received (if known) | Odor | Opacity | Date (if known) | Arrival Time (if known) |
| 11/25/03 | 9:50 AM | X | | | |
| 11/24/03 | 8:30 AM | X | | | |
| 11/24/03 | 8:30 AM | X | | | |
| 11/21/03 | 10:30 AM | X | | | |
| 11/20/03 | 9:15 AM | X | | | |
| 11/20/03 | 4:15 PM | X | | | |
| 11/07/03 | 11:57 AM | X | | 11/17/03* | 11:10 AM |
| 11/06/03 | 7:38 PM | X | | | |
| 11/03/03 | 12:05 PM | X | | | |
| 10/28/03 | 9:10 AM | X | X | | |
| 10/24/03 | 3:08 PM | X | X | | |
| 10/23/03 | 9:30 AM | X | | | |
| 10/08/03 | 8:45 AM | X | X | | |
| 10/07/03 | 8:35 AM | X | X | | |
| 10/06/03 | 10:48 AM | X | X | | |
| 10/03/03 | 9:25 AM | X | X | | |
| 10/02/03 | 12:05 PM | X | | | |
| 10/01/03 | 3:15 PM | X | | | |
| 09/30/03 | 9:05 AM | X | | | |
| 09/29/03 | 11:15 AM | X | | | |
| 09/08/03 | 10:39 AM | X | | | |
| 09/08/03 | 12:05 PM | X | | | |
| 08/28/03 | 10:30 AM | X | X | | |
| 08/23/03 | 9:11 AM | X | | | |
| 08/14/03 | 8:50 AM | X | | | |
| 08/14/03 | 11:08 AM | X | | | |
| 07/28/03 | 7:42 AM | X | | | |
| 07/28/03 | 9:35 AM | X | | | |
| 07/28/03 | 10:43 AM | X | | | |
| 07/28/03 | 8:45 AM | X | | | |
| 07/25/03 | 11:20 AM | X | | | |
| 07/17/03 | 9:00 AM | X | | | |
| 07/15/03 | 8:49 AM | X | | | |
| 07/15/03 | 11:00 AM | X | | | |
| 06/10/03 | 9:45 AM | X | | | |
| 05/03/03 | 10:56 AM | X | | | |
| 04/24/03 | 3:48 PM | X | | | |
| 04/23/03 | 10:20 AM | X | | | |
| 03/27/03 | 10:15 AM | X | | 03/27/03 | 12:00 PM |
| 03/22/03 | 1:57 PM | X | X | 03/27/03 | 12:00 PM |
| 03/14/03 | 8:19 AM | X | X | 03/14/03 | 1:20 PM |
| 02/18/03 | 1:12 PM | X | | 02/26/03 | 2:15 PM |
| 02/15/03 | 12:14 PM | X | X | 02/26/03 | 2:15 PM |
| 01/23/03 | 12:54 PM | X | | 01/23/03 | |
| 01/17/03 | 5:29 PM | X | | 01/23/03 | |
| 01/14/03 | 10:15 AM | X | | | |
| 09/05/02 | 1:15 PM | X | | 09/18/02 | |
| 08/19/02 | 10:15 AM | X | | 09/18/02 | |
| 08/07/02 | 11:25 AM | X | | 09/18/02 | |
| 11/07/00 | 8:00 AM | X | X | | |
| 06/23/00 | 2:55 PM | X | X | | |

* Inspection report states that inspection was in response to six separate complaints, but did not list the dates of those complaints.

| Table 2 - RIPDES Permit Violations Since June 2000 | | | | | | |
|---|---|---|---|---|---|---|
| Date | Parameter | Type of Limit | Units | Permit Limit | Reported Discharge | Days of Violation |
| Jul-04 | BOD | monthly ave | lbs/day | 198.00 | 226.00 | 30 |
| Mar-02 | BOD | daily max | lbs/day | 528.00 | 847.00 | 1 |
| Mar-02 | BOD | monthly ave | lbs/day | 264.00 | 613.00 | 30 |
| Feb-02 | BOD | daily max | lbs/day | 528.00 | 626.00 | 1 |
| Feb-02 | BOD | monthly ave | lbs/day | 264.00 | 430.00 | 30 |
| Jan-02 | BOD | daily max | lbs/day | 528.00 | 664.00 | 1 |
| Jan-02 | BOD | monthly ave | lbs/day | 264.00 | 410.00 | 30 |
| Oct-01 | BOD | monthly ave | lbs/day | 264.00 | 289.00 | 30 |
| Mar-01 | BOD | daily max | lbs/day | 528.00 | 661.00 | 1 |
| Mar-01 | BOD | monthly ave | lbs/day | 264.00 | 398.00 | 30 |
| Feb-01 | BOD | monthly ave | lbs/day | 264.00 | 397.00 | 30 |
| Jan-01 | BOD | daily max | lbs/day | 528.00 | 677.00 | 1 |
| Jan-01 | BOD | monthly ave | lbs/day | 264.00 | 430.00 | 30 |
| Dec-00 | BOD | monthly ave | lbs/day | 264.00 | 307.00 | 30 |
| Aug-00 | BOD | monthly ave | lbs/day | 198.00 | 220.00 | 30 |
| Jun-00 | BOD | daily max | lbs/day | 396.00 | 399.00 | 1 |
| Jun-00 | BOD | monthly ave | lbs/day | 198.00 | 211.00 | 30 |
| Jul-04 | COD | daily max | lbs/day | 4,800.00 | 6,593.00 | 1 |
| Jul-04 | COD | monthly ave | lbs/day | 3,102.00 | 3,272.00 | 30 |
| Apr-04 | COD | daily max | lbs/day | 6,400.00 | 10,651.00 | 1 |
| Dec-03 | COD | daily max | lbs/day | 8,000.00 | 9,002.00 | 1 |
| Nov-03 | COD | daily max | lbs/day | 4,800.00 | 5,119.00 | 1 |
| Aug-03 | COD | daily max | lbs/day | 6,400.00 | 8,567.00 | 1 |
| Mar-02 | COD | monthly ave | lbs/day | 4,136.00 | 4,449.00 | 30 |
| Mar-01 | COD | daily max | lbs/day | 6,400.00 | 8,034.00 | 1 |
| Mar-01 | COD | monthly ave | lbs/day | 4,136.00 | 5,778.00 | 30 |
| Jan-01 | COD | monthly ave | lbs/day | 4,136.00 | 4,590.00 | 30 |
| Jan-01 | COD | monthly ave | lbs/day | 4,136.00 | 4,159.00 | 30 |
| Jan-05 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 1,800.00 | 1 |
| Jan-05 | Coliform, fecal | monthly ave | mpn/100mL | 200.00 | 446.00 | 30 |
| Jan-05 | Coliform, fecal | weekly ave | mpn/100mL | 400.00 | 1,800.00 | 7 |
| Dec-04 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 1,300.00 | 1 |
| Dec-04 | Coliform, fecal | weekly ave | mpn/100mL | 400.00 | 1,300.00 | 7 |
| Nov-04 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 2,000,000.00 | 1 |
| Nov-04 | Coliform, fecal | monthly ave | mpn/100mL | 200.00 | 2,100.00 | 30 |
| Nov-04 | Coliform, fecal | weekly ave | mpn/100mL | 400.00 | 2,000,000.00 | 7 |
| Oct-04 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 1,900.00 | 1 |
| Oct-04 | Coliform, fecal | weekly ave | mpn/100mL | 400.00 | 1,630.90 | 7 |
| Sep-04 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 600.00 | 1 |
| Sep-04 | Coliform, fecal | monthly ave | mpn/100mL | 200.00 | 221.00 | 30 |
| Sep-04 | Coliform, fecal | weekly ave | mpn/100mL | 400.00 | 490.00 | 7 |
| Aug-04 | Coliform, fecal | daily max | mpn/100mL | 400.00 | >2,000,000 | 1 |
| Aug-04 | Coliform, fecal | monthly ave | mpn/100mL | 200.00 | 490.00 | 30 |
| Aug-04 | Coliform, fecal | weekly ave | mpn/100mL | 400.00 | >2,000,000 | 7 |
| Jun-04 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 880.00 | 1 |
| Jun-04 | Coliform, fecal | weekly ave | mpn/100mL | 400.00 | 880.00 | 7 |
| May-04 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 920.00 | 1 |
| May-04 | Coliform, fecal | weekly ave | mpn/100mL | 400.00 | 920.00 | 7 |
| Apr-04 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 740.00 | 1 |
| Apr-04 | Coliform, fecal | weekly ave | mpn/100mL | 400.00 | 740.00 | 7 |
| Oct-03 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 850.00 | 1 |
| Oct-03 | Coliform, fecal | weekly ave | mpn/100mL | 400.00 | 850.00 | 7 |
| Sep-03 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 890.00 | 1 |
| Sep-03 | Coliform, fecal | weekly ave | mpn/100mL | 400.00 | 890.00 | 7 |

| Date | Parameter | Type of Limit | Units | Permit Limit | Reported Discharge | Days of Violation |
|---|---|---|---|---|---|---|
| Jul-03 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 600.00 | 1 |
| Jul-03 | Coliform, fecal | weekly ave | mpn/100mL | 400.00 | 600.00 | 7 |
| Jul-02 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 700.00 | 1 |
| Jul-02 | Coliform, fecal | weekly ave | mpn/100mL | 400.00 | 700.00 | 7 |
| Jan-02 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 24,000,000.00 | 1 |
| Jan-02 | Coliform, fecal | weekly ave | mpn/100mL | 400.00 | 24,000,000.00 | 7 |
| Nov-01 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 5,900.00 | 1 |
| Nov-01 | Coliform, fecal | monthly ave | mpn/100mL | 200.00 | 241.00 | 30 |
| Oct-01 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 24,000,000.00 | 1 |
| Oct-01 | Coliform, fecal | monthly ave | mpn/100mL | 200.00 | 1,910.00 | 30 |
| Sep-01 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 8,200.00 | 1 |
| Sep-01 | Coliform, fecal | monthly ave | mpn/100mL | 200.00 | 505.00 | 30 |
| Aug-01 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 700.00 | 1 |
| Jul-01 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 420.00 | 1 |
| Mar-01 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 1,000.00 | 1 |
| Mar-01 | Coliform, fecal | monthly ave | mpn/100mL | 200.00 | 670.00 | 30 |
| Feb-01 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 3,600.00 | 1 |
| Feb-01 | Coliform, fecal | monthly ave | mpn/100mL | 200.00 | 747.00 | 30 |
| Jan-01 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 2,700.00 | 1 |
| Dec-00 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 24,000,000.00 | 1 |
| Dec-00 | Coliform, fecal | monthly ave | mpn/100mL | 200.00 | 58,993.00 | 30 |
| Jul-00 | Coliform, fecal | daily max | mpn/100mL | 400.00 | 1,500.00 | 1 |
| Jul-00 | Coliform, fecal | monthly ave | mpn/100mL | 200.00 | 366.00 | 30 |
| Apr-05 | Copper | daily max | ug/L | 15.10 | 31.00 | 1 |
| Apr-05 | Copper | monthly ave | ug/L | 3.60* | 23.00 | 30 |
| Mar-05 | Copper | daily max | ug/L | 15.10 | 17.00 | 1 |
| Mar-05 | Copper | monthly ave | ug/L | 3.60* | 15.00 | 30 |
| Feb-05 | Copper | daily max | ug/L | 15.10 | 30.00 | 1 |
| Feb-05 | Copper | monthly ave | ug/L | 3.60* | 20.00 | 30 |
| Jan-05 | Copper | daily max | ug/L | 15.10 | 23.00 | 1 |
| Jan-05 | Copper | monthly ave | ug/L | 3.60* | 19.00 | 30 |
| Dec-04 | Copper | daily max | ug/L | 15.10 | 16.00 | 1 |
| Dec-04 | Copper | monthly ave | ug/L | 3.60* | 13.00 | 30 |
| Nov-04 | Copper | monthly ave | ug/L | 3.60* | 11.00 | 30 |
| Oct-04 | Copper | daily max | ug/L | 15.10 | 34.00 | 1 |
| Oct-04 | Copper | monthly ave | ug/L | 3.60* | 20.00 | 30 |
| Sep-04 | Copper | daily max | ug/L | 15.10 | 73.00 | 1 |
| Sep-04 | Copper | monthly ave | ug/L | 3.60* | 40.00 | 30 |
| Aug-04 | Copper | daily max | ug/L | 15.10 | 48.00 | 1 |
| Aug-04 | Copper | monthly ave | ug/L | 3.60* | 34.00 | 30 |
| Jul-04 | Copper | daily max | ug/L | 15.10 | 28.00 | 1 |
| Jul-04 | Copper | monthly ave | ug/L | 3.60* | 25.00 | 30 |
| Jun-04 | Copper | monthly ave | ug/L | 3.60* | 13.00 | 30 |
| May-04 | Copper | daily max | ug/L | 15.10 | 28.00 | 1 |
| May-04 | Copper | monthly ave | ug/L | 3.60* | 20.00 | 30 |
| Apr-04 | Copper | daily max | ug/L | 15.10 | 36.00 | 1 |
| Apr-04 | Copper | monthly ave | ug/L | 3.60* | 20.00 | 30 |
| Mar-04 | Copper | daily max | ug/L | 15.10 | 21.00 | 1 |
| Mar-04 | Copper | monthly ave | ug/L | 3.60* | 20.00 | 30 |
| Feb-04 | Copper | monthly ave | ug/L | 3.60* | 10.00 | 30 |
| Jan-04 | Copper | daily max | ug/L | 15.10 | 22.00 | 1 |
| Jan-04 | Copper | monthly ave | ug/L | 3.60* | 19.00 | 30 |
| Dec-03 | Copper | daily max | ug/L | 15.10 | 24.00 | 1 |
| Dec-03 | Copper | monthly ave | ug/L | 3.60* | 18.00 | 30 |
| Nov-03 | Copper | daily max | ug/L | 15.10 | 16.00 | 1 |

| Date | Parameter | Type of Limit | Units | Permit Limit | Reported Discharge | Days of Violation |
|---|---|---|---|---|---|---|
| Nov-03 | Copper | monthly ave | ug/L | 3.60* | 13.00 | 30 |
| Oct-03 | Copper | monthly ave | ug/L | 3.60* | 8.00 | 30 |
| Sep-03 | Copper | daily max | ug/L | 15.10 | 22.00 | 1 |
| Sep-03 | Copper | monthly ave | ug/L | 3.60* | 15.00 | 30 |
| Aug-03 | Copper | daily max | ug/L | 15.10 | 20.00 | 1 |
| Aug-03 | Copper | monthly ave | ug/L | 3.60* | 16.00 | 30 |
| Apr-03 | Copper | daily max | ug/L | 36.00 | 82.00 | 1 |
| Nov-02 | Copper | daily max | ug/L | 36.00 | 36.00 | 1 |
| Oct-02 | Copper | daily max | ug/L | 36.00 | 37.00 | 1 |
| Jul-02 | Copper | daily max | ug/L | 36.00 | 36.00 | 1 |
| Jun-02 | Copper | daily max | ug/L | 36.00 | 37.00 | 1 |
| May-02 | Copper | daily max | ug/L | 36.00 | 58.00 | 1 |
| May-02 | Copper | monthly ave | ug/L | 36.00 | 36.00 | 30 |
| Apr-02 | Copper | daily max | ug/L | 36.00 | 180.00 | 1 |
| Apr-02 | Copper | monthly ave | ug/L | 36.00 | 70.00 | 30 |
| Mar-02 | Copper | daily max | ug/L | 36.00 | 41.00 | 1 |
| Mar-02 | Copper | monthly ave | ug/L | 36.00 | 37.00 | 30 |
| Feb-02 | Copper | daily max | ug/L | 36.00 | 61.00 | 1 |
| Feb-02 | Copper | monthly ave | ug/L | 36.00 | 47.00 | 30 |
| Jan-02 | Copper | daily max | ug/L | 36.00 | 69.00 | 1 |
| Jan-02 | Copper | monthly ave | ug/L | 36.00 | 60.00 | 30 |
| Nov-01 | Copper | daily max | ug/L | 36.00 | 110.00 | 1 |
| Nov-01 | Copper | monthly ave | ug/L | 36.00 | 74.00 | 30 |
| Aug-01 | Copper | daily max | ug/L | 36.00 | 37.00 | 1 |
| Jun-01 | Copper | daily max | ug/L | 36.00 | 67.00 | 1 |
| Jun-01 | Copper | monthly ave | ug/L | 36.00 | 48.00 | 30 |
| May-01 | Copper | daily max | ug/L | 36.00 | 56.00 | 1 |
| May-01 | Copper | monthly ave | ug/L | 36.00 | 56.00 | 30 |
| Apr-01 | Copper | daily max | ug/L | 36.00 | 50.00 | 1 |
| Apr-01 | Copper | monthly ave | ug/L | 36.00 | 43.00 | 30 |
| Mar-01 | Copper | daily max | ug/L | 36.00 | 56.00 | 1 |
| Mar-01 | Copper | monthly ave | ug/L | 36.00 | 46.00 | 30 |
| Feb-01 | Copper | daily max | ug/L | 36.00 | 39.00 | 1 |
| Feb-01 | Copper | monthly ave | ug/L | 36.00 | 37.00 | 30 |
| Jan-01 | Copper | daily max | ug/L | 36.00 | 40.00 | 1 |
| Jan-01 | Copper | monthly ave | ug/L | 36.00 | 37.00 | 30 |
| Dec-00 | Copper | daily max | ug/L | 36.00 | 43.00 | 1 |
| Dec-00 | Copper | monthly ave | ug/L | 36.00 | 38.00 | 30 |
| Oct-00 | Copper | daily max | ug/L | 36.00 | 40.00 | 1 |
| Aug-00 | Copper | daily max | ug/L | 36.00 | 44.00 | 1 |
| Aug-00 | Copper | monthly ave | ug/L | 36.00 | 38.00 | 30 |
| Jul-00 | Copper | daily max | ug/L | 36.00 | 66.00 | 1 |
| Jul-00 | Copper | monthly ave | ug/L | 36.00 | 54.00 | 30 |
| Jun-00 | Copper | daily max | ug/L | 36.00 | 37.00 | 1 |
| Sep-04 | Lead | monthly ave | ug/L | 0.54** | 11.50 | 30 |
| Jul-04 | Lead | monthly ave | ug/L | 0.54** | 45.00 | 30 |
| Apr-04 | Lead | monthly ave | ug/L | 0.54** | 11.00 | 30 |
| Apr-05 | pH | maximum | SU | 9.00 | 9.02 | 1 |
| Sep-04 | pH | maximum | SU | 9.00 | 9.01 | 1 |
| Jun-04 | pH | maximum | SU | 9.00 | 9.33 | 1 |
| Apr-04 | pH | maximum | SU | 9.00 | 9.11 | 1 |
| Dec-03 | pH | maximum | SU | 9.00 | 9.03 | 1 |
| Aug-03 | pH | maximum | SU | 9.00 | 9.04 | 1 |
| Apr-03 | pH | maximum | SU | 9.00 | 9.37 | 1 |
| Jan-03 | pH | maximum | SU | 9.00 | 9.00 | 1 |

| Date | Parameter | Type of Limit | Units | Permit Limit | Reported Discharge | Days of Violation |
|---|---|---|---|---|---|---|
| Dec-02 | pH | maximum | SU | 9.00 | 9.00 | 1 |
| Nov-02 | pH | maximum | SU | 9.00 | 9.00 | 1 |
| Dec-00 | pH | maximum | SU | 9.00 | 9.20 | 1 |
| Sep-04 | Phenols | daily max | mg/L | 0.64 | 3.56 | 1 |
| Sep-04 | Phenols | monthly ave | mg/L | 0.64 | 0.71 | 30 |
| Aug-04 | Phenols | daily max | mg/L | 0.64 | 2.26 | 1 |
| Aug-04 | Phenols | monthly ave | mg/L | 0.64 | 1.22 | 30 |
| May-04 | Phenols | daily max | mg/L | 0.64 | 5.56 | 1 |
| May-04 | Phenols | monthly ave | mg/L | 0.64 | 2.85 | 30 |
| Jan-04 | Phenols | daily max | mg/L | 0.64 | 0.92 | 1 |
| Jan-04 | Phenols | monthly ave | mg/L | 0.64 | 0.72 | 30 |
| Dec-03 | Phenols | daily max | mg/L | 0.80 | 3.14 | 1 |
| Dec-03 | Phenols | monthly ave | mg/L | 0.80 | 1.00 | 30 |
| Nov-03 | Phenols | daily max | mg/L | 0.48 | 5.82 | 1 |
| Nov-03 | Phenols | monthly ave | mg/L | 0.48 | 3.02 | 30 |
| Oct-03 | Phenols | daily max | mg/L | 0.64 | 2.12 | 1 |
| Oct-03 | Phenols | monthly ave | mg/L | 0.64 | 0.73 | 30 |
| Sep-03 | Phenols | daily max | mg/L | 0.64 | 1.40 | 1 |
| Sep-03 | Phenols | monthly ave | mg/L | 0.64 | 1.12 | 30 |
| May-03 | Phenols | daily max | mg/L | 0.80 | 1.17 | 1 |
| Nov-04 | Surfactants (mbas) | daily max | mg/L | 4.32 | 4.86 | 1 |
| Jul-04 | Surfactants (mbas) | daily max | mg/L | 4.32 | 5.76 | 1 |
| Nov-03 | Surfactants (mbas) | daily max | mg/L | 4.32 | 4.83 | 1 |
| Nov-03 | Surfactants (mbas) | monthly ave | mg/L | 4.32 | 4.49 | 30 |
| Sep-03 | Surfactants (mbas) | daily max | mg/L | 5.76 | 6.66 | 1 |
| Aug-03 | Surfactants (mbas) | daily max | mg/L | 5.76 | 7.58 | 1 |
| Aug-03 | Surfactants (mbas) | monthly ave | mg/L | 5.76 | 5.82 | 30 |
| Nov-02 | Surfactants (mbas) | daily max | mg/L | 5.76 | 7.37 | 1 |
| Nov-02 | Surfactants (mbas) | monthly ave | mg/L | 5.76 | 6.31 | 30 |
| May-02 | Surfactants (mbas) | daily max | mg/L | 5.76 | 7.09 | 1 |
| Feb-02 | Surfactants (mbas) | daily max | mg/L | 5.76 | 7.23 | 1 |
| Jan-02 | Surfactants (mbas) | daily max | mg/L | 5.76 | 5.86 | 1 |
| Nov-01 | Surfactants (mbas) | daily max | mg/L | 5.80 | 11.50 | 1 |
| Oct-01 | Surfactants (mbas) | daily max | mg/L | 5.80 | 6.15 | 1 |
| Jun-01 | Surfactants (mbas) | daily max | mg/L | 5.80 | 8.50 | 1 |
| Jun-01 | Surfactants (mbas) | monthly ave | mg/L | 5.80 | 6.82 | 30 |
| Mar-01 | Surfactants (mbas) | daily max | mg/L | 5.80 | 13.21 | 1 |
| Mar-01 | Surfactants (mbas) | monthly ave | mg/L | 5.80 | 7.95 | 30 |
| Oct-00 | Surfactants (mbas) | daily max | mg/L | 4.30 | 8.66 | 1 |
| Jun-00 | Surfactants (mbas) | daily max | mg/L | 4.30 | 6.30 | 1 |
| Mar-05 | TOX- Ceriodaphnia-LC50 | daily min | percent | 100.00 | 35.40 | 1 |
| Dec-04 | TOX- Ceriodaphnia-LC50 | daily min | percent | 100.00 | 37.90 | 1 |
| Sep-04 | TOX- Ceriodaphnia-LC50 | daily min | percent | 100.00 | 35.40 | 1 |
| Jun-04 | TOX- Ceriodaphnia-LC50 | daily min | percent | 100.00 | 35.40 | 1 |
| Mar-04 | TOX- Ceriodaphnia-LC50 | daily min | percent | 100.00 | 35.40 | 1 |
| Nov-03 | TOX- Ceriodaphnia-LC50 | daily min | percent | 100.00 | 35.40 | 1 |
| Sep-03 | TOX- Ceriodaphnia-LC50 | daily min | percent | 100.00 | 35.40 | 1 |
| Jun-04 | TOX- Pimephales-LC50 | daily min | percent | 100.00 | 77.50 | 1 |
| Mar-04 | TOX- Pimephales-LC50 | daily min | percent | 100.00 | 79.70 | 1 |
| Jul-04 | TSS | daily max | mg/L | 660.00 | 921.00 | 1 |
| Apr-04 | TSS | daily max | mg/L | 800.00 | 1,276.00 | 1 |
| Nov-03 | TSS | daily max | mg/L | 660.00 | 875.00 | 1 |
| Mar-02 | TSS | daily max | mg/L | 800.00 | 919.00 | 1 |
| Feb-02 | TSS | daily max | mg/L | 800.00 | 1,161.00 | 1 |

| Date | Parameter | Type of Limit | Units | Permit Limit | Reported Discharge | Days of Violation |
|---|---|---|---|---|---|---|
| Jan-02 | TSS | daily max | mg/L | 800.00 | 976.00 | 1 |
| Oct-01 | TSS | daily max | mg/L | 880.00 | 1,776.00 | 1 |
| Oct-01 | TSS | monthly ave | mg/L | 680.00 | 938.00 | 30 |
| Sep-01 | TSS | daily max | mg/L | 880.00 | 964.00 | 1 |
| Mar-01 | TSS | daily max | mg/L | 880.00 | 2,258.00 | 1 |
| Mar-01 | TSS | monthly ave | mg/L | 680.00 | 1,376.00 | 30 |
| Feb-01 | TSS | daily max | mg/L | 880.00 | 1,230.00 | 1 |
| Feb-01 | TSS | monthly ave | mg/L | 680.00 | 951.00 | 30 |
| Jan-01 | TSS | daily max | mg/L | 880.00 | 1,240.00 | 1 |
| Jan-01 | TSS | monthly ave | mg/L | 680.00 | 865.00 | 30 |
| Aug-19-04 | Visible discoloration | narrative | NA | NA | NA | 1 |
| Aug-19-04 | Visible floating solids | narrative | NA | NA | NA | 1 |
| Aug-7-04 | Visible discoloration | narrative | NA | NA | NA | 1 |
| Aug-7-04 | Visible foam | narrative | NA | NA | NA | 1 |
| Jul-19-04 | Visible discoloration | narrative | NA | NA | NA | 1 |
| Jul-01 | Visible discoloration | narrative | NA | NA | NA | 1 |

* Although the monthly average permit limit for copper is 3.6 ug/l, the permit states that compliance/ noncompliance determinations will be based on the "quantitation limit" of 5.0 ug/l. None of the discharges listed here, however, falls between 3.6 and 5.0 ug/l.

** Although the monthly average permit limit for lead is 0.54 ug/l, the permit states that compliance/noncompliance determinations will be based on the "quantitation limit" of 10.0 ug/l. None of the discharges listed here, however, falls between 0.54 and 10.0 ug/l.

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a true copy of the following document, postage prepaid, to defense counsel listed below, on January 27, 2006: Plaintiffs' signed "First Amended Complaint", with its Exhibit A.

Gerald J. Petros, Esq.
Alexandra K. Kallam, Esq.
Mitchell Edwards, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903