UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND PUBLIC INTEREST RESEARCH GROUP, TOXICS ACTION CENTER, and SIERRA CLUB,

Plaintiffs,

Civil No. 05-363T

v.

BRADFORD DYEING ASSOCIATION, INC.,

Defendant.

## JOINT MOTION TO AMEND SCHEDULING ORDER TO FACILITATE SETTLEMENT NEGOTIATIONS

Plaintiffs Rhode Island Public Interest Research Group, Toxics Action Center, and Sierra Club, and Defendant Bradford Dyeing Association, Inc., jointly move to amend the Court's January 5, 2006 Scheduling Order in this matter for the purpose of allowing the parties sufficient time to engage in settlement negotiations.

In support of the motion, the parties state that they have begun serious negotiations with the goal of reaching agreement expeditiously on a settlement of all claims in the case. To facilitate settlement discussions and reduce discovery costs during negotiations, the parties have agreed to postpone the taking of depositions. Accordingly, the parties respectfully request that the Court grant a one-month extension of discovery deadlines.

The parties propose the following amendments to the "Schedule Addendum" to the Court's Scheduling Order:

Fact discovery will close on May 31, 2006.

Plaintiffs shall disclose expert reports on June 30, 2006.

Defendant shall disclose expert reports on July 29, 2006.

Expert discovery will close on September 30, 2006.

The motion filing deadline is October 28, 2006.

Respectfully submitted,

BRADFORD DYEING ASSOCIATION, INC.,

By its attorneys,

DATED: March 31, 2006

[signature]

Gerald J. Petros (#2931)
Alexandra K. Callam (#5358)
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
401-274-2000
401-277-9600 (fax)

RHODE ISLAND PUBLIC INTEREST RESEARCH GROUP, TOXICS ACTION CENTER and SIERRA CLUB.

By their attorneys,

DATED: March 31, 2006

Kevin McAllister/MRE

Kevin McAllister, Esq. (#2641)
Brennan, Recupero, Cascione
Scungio & McAllister, LLP
362 Broadway
Providence, Rhode Island
(401) 453-2300
(401) 453-2345 (fax)

David A. Nicholas (admitted *pro hac vice*)
20 Whitney Road
Newton, Massachusetts 02460
(617) 964-1548
(617) 663-6233 (fax)

Joshua R. Kratka (admitted *pro hac vice*)
National Environmental Law Center
44 Winter Street, 4th Floor
Boston, Massachusetts 02108
(617) 747-4333
(617) 292-8057 (fax)