UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND PUBLIC INTEREST RESEARCH GROUP, TOXICS ACTION CENTER, and SIERRA CLUB,

Plaintiffs,

Civil No. 05-363T

v.

BRADFORD DYEING ASSOCIATION, INC.,

Defendant.

**STIPULATION**

The parties agree not to object to the authenticity, or the use of duplicates, of:

1. Documents generated by a party or under a party's direction, and produced in discovery.

2. Documents generated by any Rhode Island agency or department.

3. Documents generated by any agency or department of the United States.

For purposes of this Stipulation, "documents" shall have the meaning set forth in Fed. R. Civ. P. 34(a)(1).

Dated: April 14, 2006

Kevin J. McAllister, #2641
Brennan, Recupero, Cascione, Scungio
& McAllister, LLP
362 Broadway
Providence, Rhode Island 02909
(401) 453-2300 (phone)
(401) 453-2345 (fax)

David A. Nicholas
20 Whitney Road
Newton, Massachusetts 02460
(617) 964-1548 (phone)
(617) 663-6233 (fax)

Joshua R. Kratka
National Environmental Law Center
44 Winter Street, 4th Floor
Boston, Massachusetts 02108
(617) 747-4333 (phone)
(617) 292-8057 (fax)

Counsel for Plaintiffs

Gerald J. Petros, #2931
Alexandra K. Callam, #5358
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000 (phone)
(401) 277-9600 (fax)

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a true copy of the following document, postage prepaid, to defense counsel listed below, on April 14, 2006: (a) Stipulation (concerning authenticity of documents).



Gerald J. Petros, Esq.
Alexandra K. Kallam, Esq.
Mitchell Edwards, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903