UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 2
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND PUBLIC INTEREST RESEARCH GROUP, TOXICS ACTION CENTER, and SIERRA CLUB,

Plaintiffs,

Civil No. 05-363T

v.

BRADFORD DYEING ASSOCIATION, INC.,

Defendant.

**JOINT MOTION TO AMEND SCHEDULING ORDER TO FACILITATE FINALIZATION OF SETTLEMENT**

Plaintiffs Rhode Island Public Interest Research Group, Toxics Action Center, and Sierra Club, and Defendant Bradford Dyeing Association, Inc., jointly move to amend the Court's January 5, 2006 Scheduling Order in this matter for the purpose of allowing the parties sufficient time to finalize and approve a settlement agreement.

The parties are currently considering for final approval a fully drafted consent decree that would settle all claims in the case. Most discovery and expert witness work has been put on hold during the negotiation of the consent decree. Given the likelihood that this case will settle, the parties respectfully request that the Court grant an additional brief extension of discovery deadlines so as to allow the parties to focus on finalizing settlement.

The parties propose the following amendments to the "Schedule Addendum" to the Court's Scheduling Order:

Fact discovery will close on July 15 , 2006.

Plaintiffs shall disclose expert reports on July 31, 2006.

Defendant shall disclose expert reports on August 31, 2006.

Expert discovery will close on October 31, 2006.

The motion filing deadline is November 30, 2006.

Respectfully submitted,

BRADFORD DYEING ASSOCIATION, INC.,

By its attorneys,

DATED: June 12, 2006

Gerald J. Petros (#2931)
Alexandra K. Callam (#5358)
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
401-274-2000
401-277-9600 (fax)

GRANTED

Ernest C. Torres
Chief, US District Judge 6/20/06

RHODE ISLAND PUBLIC INTEREST RESEARCH GROUP, TOXICS ACTION CENTER and SIERRA CLUB.

By their attorneys,

DATED: June 12, 2006

Kevin McAllister, Esq. (#2641)
Brennan, Recupero, Cascione
Scungio & McAllister, LLP
362 Broadway
Providence, Rhode Island
(401) 453-2300
(401) 453-2345 (fax)

David A. Nicholas (admitted *pro hac vice*)
20 Whitney Road
Newton, Massachusetts 02460
(617) 964-1548
(617) 663-6233 (fax)

Joshua R. Kratka (admitted *pro hac vice*)
National Environmental Law Center
44 Winter Street, 4th Floor
Boston, Massachusetts 02108
(617) 747-4333
(617) 292-8057 (fax)