UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND PUBLIC INTEREST RESEARCH GROUP, TOXICS ACTION CENTER, and SIERRA CLUB,

Plaintiffs,

Civil No. 05-363T

v.

BRADFORD DYEING ASSOCIATION, INC.,

Defendant.

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

The parties jointly move this Court to enter, after a statutorily mandated 45-day waiting period, the attached consent decree to fully settle this case. Pursuant to both the Clean Air Act ("CAA"), 42 U.S.C. § 7604(c)(3), and the Clean Water Act ("CWA"), 33 U.S.C. 1365(c)(3), a copy of the proposed consent decree has been sent to the U.S. Attorney General and U.S. EPA. Under those sections of the CAA and CWA, the federal government has 45 days from receipt of the proposed consent decree to submit to the Court any comments it has on the decree. The parties will notify the Court when the 45-day period has expired.

Dated: July 24, 2006

Respectfully submitted,

Kevin J. McAllister, #2641
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, Rhode Island 02909
(401) 453-2300 (phone)
(401) 453-2345 (fax)

David A. Nicholas, admitted *pro hac vice*
20 Whitney Road
Newton, Massachusetts 02460
(617) 964-1548 (phone)
(617) 663-6233 (fax)

Joshua R. Kratka, admitted *pro hac vice*
National Environmental Law Center
44 Winter Street, 4th Floor
Boston, Massachusetts 02108
(617) 747-4333 (phone)
(617) 292-8057 (fax)

Counsel for Plaintiffs

Gerald J. Petros, #2931
Alexandra K. Callam, #5358
Robin Main, # 4222
Mitchell Edwards, #6942
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000 (phone)
(401) 277-9600 (fax)

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a true copy of the following documents, postage prepaid, to defense counsel listed below, on July 24, 2006: (a) Joint Motion for Entry of Consent Decree, and (b) Consent Order and Decree (with its Exhibits A - G, inclusive).



Gerald J. Petros, Esq.
Alexandra K. Kallam, Esq.
Mitchell Edwards, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903