**BRENNAN, RECUPERO, CASCIONE, SCUNGIO & MCALLISTER, LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
362 BROADWAY
PROVIDENCE, RHODE ISLAND 02909

TEL. (401) 453-2300 FAX (401) 453-2345

EDMUND J. BRENNAN, JR.*
RONALD F. CASCIONE◇
KEVIN J. MCALLISTER◇
JOSEPH J. RECUPERO◇
BENJAMIN M. SCUNGIO◇

ANDREW HENNEOUS◇
MICHAEL J. POLAK+
LAUREN F. VERNI^
KATHERINE J. MCALLISTER◇

THOMAS S. HEMMENDINGER◇
OF COUNSEL
PETER J. FURNESS◇
OF COUNSEL

◇ ADMITTED IN RI & MA
* ADMITTED IN MA
+ ADMITTED IN MA & ME
^ ADMITTED IN RI, MA & CT

September 12, 2006

RECEIVED

SEP 13 2006

Property of U.S. District Court
District of Rhode Island

**By Mail**

Honorable Ernest C. Torres, Chief Judge
United States District Court
for the District of Rhode Island
Federal Building and Courthouse
One Exchange Terrace
Providence, RI 02903

Re: Rhode Island Public Interest Research Group et al v. Bradford Dying Association, Inc. C.A. No. 05-363T

Dear Judge Torres:

On July 24, 2006, the parties to the above-captioned action jointly filed a proposed Consent Decree and Order to fully settle this case. At that time, the parties informed the Court that both the Clean Air Act [at 42 U.S.C. sec. 7604(c)(3)] and the Clean Water Act [at 33 U.S.C. sec. 1365 (c)(3)] impose a mandatory 45-day waiting period before the Court can enter such a Consent Decree and Order, to allow the United States Attorney General and the United States Environmental Protection Agency (EPA) the opportunity to review the proposed Consent Decree and Order and submit to the Court any comments.

Counsel for the Plaintiffs hereby notify the Court that the statutory 45-day waiting period has expired. As the copy of the attached certified mail, return receipts demonstrate, the Regional Administrator of EPA in Boston received a copy of the proposed Consent Decree and Order on July 25, 2006; the designated Citizen Suit Coordinator for the United States Department of Justice (and Attorney General) received a copy of the proposed Consent Decree and Order on July 26, 2006, and the Administrator of EPA in Washington, D.C. received a copy of the proposed Consent Decree and Order on July 28, 2006. The 45th day following July 28, 2006, by our calculations, was September 11, 2006.

We would appreciate it if the Court would review the proposed Consent Decree and Order, and assuming the Court deems it appropriate, enter the proposed Consent Decree and

Order at its earliest convenience.

Thank you for your attention to this matter.

Sincerely,

Kevin J. McAllister

KJM/sc
enclosure

cc: Gerald J. Petros, Esq.
Alexandra K. Callam, Esq.
Mitchell Edwards, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Citizen Suit Coordinator
Environmental and Natural
Resources Division
Law & Policy Section
P.O. Box 4390
Ben Franklin Station
Washington, DC 20044-4390

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7000 1530 0001 0041 2279

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stephen L. Johnson, Adm.
c/o Office of General Counsel
Environmental Protection Agency
Ariel Rios Building North
1200 Pennsylvania Avenue, NW
Washington,DC 20460
ATT: ARLO and WLO

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery 7/28/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7002 2410 0000 9375

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert Varney, Regional Adm.
U.S. Environmental Protection
Agency
1 Congress St. Suite 1100 - RA
Boston, MA 02114-2023

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7002 2410 0000 7281 9399

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540