***COMBUSTION COMPONENTS ASSOCIATES, INC.***
**884 Main Street, Monroe, Connecticut 06468**
Tel: (203) 268-3139 Fax: (203) 261-7697

## Combustion Components Associates (CCA) proposes to conduct the following task items to minimize powerhouse opacity:

***Latest Technology Atomizer and Flame Stabilizer for Boiler #12 and New Atomizer Hardware for Boiler #2:***

Atomization and fuel air mixing are key elements to opacity management. The hardware components that affect fuel breakup and mixing with combustion air are the fuel atomizer and the combustion flame stabilizer. CCA proposes to design and manufacture the latest technology components for Boiler #12 which will help minimize opacity and maximize efficiency. These components will be designed, manufactured and the atomizer laboratory tested in Combustion Components Associates' atomizer flow laboratory. These components must be in place prior to the combustion optimization of Boiler #12.

Relative to Boiler #2, CCA proposes to obtain new atomizer components from the original equipment manufacturer (OEM). Since Boiler #2 basically cycles each day (on at ≈ 7:00, off at ≈ 23:00) a scheduled replacement cycle for these components will be established in addition to routine cleaning.

***Optimizing Combustion of Boiler #12 for Minimum Opacity Operation:***

Boiler #12 is the largest unit at Bradford Dyeing and has the largest operating time per year. Typically, the unit starts late Sunday night/early Monday morning and runs continuously until late Friday night

The difficulty in starting any boiler firing #6 fuel oil that has been off line for several days and has cooled somewhat involves flame quenching. A technique that is often used to avoid opacity problems during start-up is to use a reduced capacity atomizer during the start-up/warm up process. The "Start-Up" atomizers are typically on the order of 40% of the full size atomizer capacity.

- CCA proposes to design and manufacture a "Start-Up" atomizer for Boiler #12 and conduct start-up optimization testing.

Once operating with the main oil gun and with full load capability, there are several other parameters that will be optimized that directly affect operating

opacity. These include fuel oil viscosity, atomizing steam to oil supply pressure differential, the amount of flue gas recirculation (FGR), and the operating $O_2$ level.

CCA proposes to conduct the following optimization tests:

- Fuel oil viscosity and atomizing steam to oil supply pressure differential will be optimized to provide the optimum droplet size for best vaporization and smoke free fuel burn out.
- Flue gas recirculation (FGR) is a Boiler #12 "built-in" feature that controls $NO_X$ by diluting the combustion flame temperature. Basically, combustion flue gas from the boiler exit (this gas is low in oxygen and is essentially inert) is pumped into the combustion air windbox and mixed with incoming fresh air and the fuel to be burned. The inert flue gas acts like a thermal diluent and does not allow the combustion flame temperature to go as high as it normally would. Less flame temperature means less $NO_X$, but also means more potential for smoke. CCA proposes to optimize this system to provide the best $NO_X$ reduction for the required FGR rate.
- Operating $O_2$ level is important because it provides the necessary excess amount of combustion air to allow complete fuel combustion with minimum opacity. Every pound of fuel requires approximately 15 pounds of air to burn in a perfect condition. Excess air is always required to allow increasing load ramps and rapid changes in fuel flow. The opacity versus air to fuel ratio is very steep on the fuel rich side and very forgiving on the fuel lean side. Good opacity operating practice always wants operation to be on the fuel lean side during all conditions. The trade off is boiler efficiency. Too much excess air causes the unit to waste energy up the stack in the form of hot flue gas. CCA proposes to optimize $O_2$ for minimum opacity and good efficiency over the load range.

***Opacity Management Training Sessions:***

This training session is proposed for all boiler operating personnel. The topics covered are fundamental in nature such as: What is opacity?, Why is it regulated?, What causes it?, How is it controlled?, etc. Covered, as well, are specific items that are unique to Bradford Dying, i.e. What is the best way, for minimum opacity, to start Boiler #12?, What should be done if opacity starts and it can't be lowered?, How often should the oil guns be cleaned?, etc. The training session also includes topics that address atomizer care/oil gun care and maintenance with details as to procedures to be followed and techniques to be used. The training session is approximately four hours in duration with an opportunity for questions and

answers. A 25 question quiz follows the session to insure that the important opacity management items have been understood and to identify areas where further training and instruction are required.

***Time to Implementation:***

Combustion Components Associates can conduct and complete all of the items discussed including hardware design and manufacture, boiler field optimization and opacity management training. From receipt of contract to completion we estimate 16 to 18 weeks of time will be required.