**Exhibit B**

**Scope of Work**
**RIPDES Permit Continuous Compliance Work**

BDA will engage the services of Woodard & Curran to provide wastewater treatment plant operations assistance. Woodard & Curran's level of effort is currently envisioned to be on-site for up to three days per week for the first two weeks, then steadily decrease to one day on-site per week. The rate at which Woodard & Curran's efforts will generate results can not be predicted, as the response of biological wastewater treatment systems to process adjustments can be immediate or can take weeks or months to occur. Woodard & Curran will periodically assess its level of effort and make recommendations to decrease or increase on-site presence, as warranted.

Woodard & Curran will provide BDA personnel training and assistance in the following areas:

- pH adjustment system operation;
- Microbiological assessment of the biomass;
- Biomass viability assessment;
- Process control strategies for the biological process;
- Biological process monitoring;
- Sludge return and wasting;
- Secondary clarifier operation;
- Assessing key monitoring parameters (F/M, MLSS, MLVSS, OUR, ORP, nutrients), establishing target values for optimum operation, and out-of-range action procedures;
- Testing to understand the efficiency of each unit process;
- Basic laboratory procedure, QA/QC, and procedures for sampling and calibration of equipment; and
- Process control tests, such as settleometer, MLSS and MLVSS, microscopic observations, SVIs, DO, and pH, and results interpretation.

During an initial planning task to be conducted prior to the on-site operations assistance, Woodard & Curran will develop a process control testing schedule to document initial process conditions and to track the effect implemented changes are having on treatment efficiency. Woodard & Curran and BDA will document testing results on a form created for this purpose. Woodard & Curran's tentative plan is to collect process control-related samples at four locations, three times per week, for four weeks. These are tentative details that are based on Woodard & Curran's experience and limited involvement with BDA's treatment system. Tentative sampling locations and analytical parameters are outlined below.

Sample Locations

- Influent to equalization basin
- Effluent from equalization basin
- Final effluent
- Decant from sludge lagoon

Parameters

- BOD
- COD
- TSS
- Ammonia

- TKN
- Total phosphorous
- Orthophosphate
- Copper
- Lead
- Nitrate-nitrite

During the on-site operations assistance task, Woodard & Curran will assist BDA personnel develop routines for process control testing and to formulate strategies to improve the performance of the biological system. The routines will be documented as Standard Operating Procedures. Also, Woodard & Curran will gain an understanding of severe operating conditions and how BDA manages these conditions. Woodard & Curran will make recommendations to BDA on this subject and provide BDA personnel necessary training.

Woodard & Curran will address all permit conditions during its operations assistance task, including pH and fecal coliform, and will make recommendations and provide training, as warranted, to BDA personnel on these two items. In addition, Woodard & Curran will evaluate all unit treatment operations at the plant, including pH neutralization, and will make recommendations for each unit treatment process. Finally, Woodard & Curran will evaluate effluent disinfection and subsurface disposal of sanitary wastewater to address the fecal coliform issue. Included in this evaluation will be the potential impact of removing the sanitary wastewater from the activated sludge system.

Following is the tentative schedule for Woodard & Curran's operations assistance task:

| | |
|---|---|
| • Project Initiation | Week 0 |
| • Planning and Mobilization | Weeks 1 and 2 |
| • On-site 3 days per week | Weeks 3 and 4 |
| • On-site 2 days per week | Weeks 5 and 6 |
| • On-site 1 day per week | Weeks 7 through 10 |

Woodard & Curran will document on-site activity in daily written reports. These daily reports will include data such as observations, testing and results, process changes, recommendations made to BDA staff, and recommendation for physical treatment plant modifications. These daily reports will be summarized into written weekly reports. Weekly reports will also contain activity and results of tasks in addition to operations assistance, such as copper source identification (see exhibit C). Should the operations assistance task reach a point where a final report is warranted, such a report will be prepared.