# Exhibit C

## Scope of Work
## Copper Source Reduction Study

BDA will engage the services of Woodard & Curran to attempt to identify the sources of copper in BDA's wastewater. This task will include collecting grab samples, analyzing the samples, and constructing a copper mass balance using analytical results and flow estimates.

A preliminary list of sample locations is outlined below.

- Raw water at source (contribution from source);
- Raw water at use points within the mill at varying distances from the source (contribution from copper piping);
- Discharge from bleach plant (contribution from bleaching chemicals and materials scoured from fabric);
- Representative dye baths and rinses (contribution from dyestuffs);
- Representative other process drains (contribution from other process chemicals);
- Wastewater treatment plant influent (total treatment plant loading);
- Secondary clarifier influent (removal in aeration);
- Return activated sludge (needed for mass balance);
- Waste activated sludge (removal from system); and
- Final effluent.

This list of sampling locations will be adjusted, if necessary, after a detailed review of the manufacturing process and available flow data, to construct an accurate copper mass balance. These details will be developed during an initial planning task. Woodard & Curran will collect samples on two consecutive "typical" manufacturing days within the mill, and will collect wastewater treatment plant unit process copper samples throughout the operations assistance task.

The potential contribution of accumulated solids in the equalization and aeration lagoons to copper in BDA's wastewater will be investigated in this task. Sampling and analysis from both this task and the operations assistance task (see Exhibit B) will contribute to attempting to understand this potential source of copper.

Upon completion of this copper source identification task, Woodard & Curran will prepare a written report summarizing the source identification task results and will initiate an evaluation of copper reduction alternatives. The source reduction task will identify methods to reduce copper in BDA's discharge based on the findings of source identification task.

Following is the tentative schedule for Woodard & Curran's copper source identification and reduction task:

| | |
|---|---|
| • Project Initiation | Week 0 |
| • Planning and Mobilization | Weeks 1 and 2 |
| • Source Identification sampling | Weeks 3 and 4 |
| • Mass balance and report | Weeks 5 and 6 |
| • Source reduction evaluation | Weeks 7 through 10 |
| • Source reduction report | Weeks 11 and 12 |