**Exhibit D**

**Scope of Work**
**Toxicity Study**

Woodard & Curran will provide BDA operations assistance to optimize its wastewater treatment system (see Exhibit B). Upon observation of improved treatment system performance (determined by a metric established during an initial planning task), Woodard & Curran will collect a sample and perform an acute toxicity test using *ceriodaphnia dubia.* The result of this test (48-hour $LC_{50}$) will be compared to the historical WET data to determine if improved treatment system performance has impacted WET results. The cycle of optimizing the treatment system and performing acute toxicity tests using *ceriodaphnia dubia* will continue until Woodard & Curran determines that conducting a Toxicity Identification Evaluation/Toxicity Reduction Evaluation (TIE/TRE) is appropriate.

The TIE/TRE will be performed in accordance with applicable USEPA and SETAC publications. Once laboratory testing has been completed, Woodard & Curran will identify methods to reduce toxicity in BDA's discharge based on the findings of the TIE/TRE. A written report will be prepared summarizing findings from the TIE/TRE task.

Following is the tentative schedule for Woodard & Curran's toxicity study task:

| | |
|---|---|
| • Project Initiation | Week 0 |
| • First 48-hour $LC_{50}$ *ceriodaphnia dubia* test | Not later than Week 8 |
| • TIE/TRE | Not later than Week 12 |
| • Report | Not later than Week 16 |