(757) 258-3159
Fax (757) 258-3801

J.H. KROEHLING ASSOCIATES, INC.
*Industrial Air Pollution Control*

JOHN H. KROEHLING
*President*

*117 Woodhall Spa*
*Williamsburg, VA 23188-9138*

May 29, 2006

Hinckley Allen Snyder, LLP
1500 Fleet Center
Providence, RI 02903-2393
Attn: Robin Main

Subject: Certification of Smoke Abater Capacities At Bradford Dyeing Associates

Dear Robin:

The proposed smoke abater for #9 Tenter frame and Baker can have the capacity to process up to 12,000 scfm flow rate, based on measured exhaust rates from the two Tenter frame stacks and the two Baker stacks at 9,996 scfm. This proposed smoke abater is warranted to convert the height opacity exhaust from these two #9 textile process line equipment to zero opacity, as measured by Federal EPA Method 9. The stack height of #9 smoke abater is planned for 30 feet above ground level, with a discharge velocity exceeding 3500 fpm. In the process of converting aerosol particles, (smoke), to truly gaseous, (not visible), species, we believe there is some reduction of odorant compounds. The stack dispersions should be sufficient to dilute for non-detectability at ground level.

Very truly yours,

JHKroehling

J.H. Kroehling