GZA
GeoEnvironmental, Inc.

*Engineers and Scientists*

380 Harvey Road
Manchester
New Hampshire
03103-3347
603-623-3600
FAX 603-624-9463
http://www.gza.net

May 26, 2006
File No. 04.0024148.00

Ms. Robin L. Main
Hinckley Allen Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903-2393

Re: Recommended Dispersion Improvements
Bradford Dyeing Association
Westerly, Rhode Island

Dear Robin:

As you requested, I am summarizing GZA GeoEnvironmental, Inc.'s (GZA's) recommended stack modifications to improve dispersion on certain exhaust points at Bradford Dyeing Association (Bradford). The recommended modifications are as follows:

- Convert four existing bleach house general ventilation exhausts with horizontal discharges to vertical, unobstructed discharges and increase release height of each exhaust by 12 feet:
  - Install elbow and 12-foot straight vertical stack section;
  - Rain protection, if needed, may be provided by offset stack or outer stack sleeve; and
  - A coned section may be used, if necessary, at the top of the stack to achieve a minimum vertical discharge velocity of 30 feet per second.
- Convert four existing process stacks in bleach house (three steam boxes and one ager, all downstream of acetic acid neutralization step) to vertical, unobstructed discharges and increase release height of each stack by 12 feet:
  - Remove existing rain hats and install 12-foot vertical stack section;
  - Rain protection, if needed, may be provided by offset stack or outer stack sleeve; and
  - A coned section may be used, if necessary, at the top of the stack to achieve a minimum vertical discharge velocity of 30 feet per second.

Please have Bradford contact us if they have any questions in executing this work.

Very truly yours,

GZA GEOENVIRONMENTAL, INC.

Michael North
Associate Principal

Kenneth D. Boivin
Consultant Reviewer

p:\04jobs\04.0024148.00\bleach house.doc

An Equal Opportunity Employer M/F/V/H