Combustion Components Associates
884 Main Street
Monroe, Connecticut 06468
203-268-3139
203-261-7697 fax

June 2, 2006

Attn: Robin Main, esq.

Hinckley, Allen and Snyder
Providence, RI

E-mail: rmain@haslaw.com

Re: Scope estimate for Low NOx Burner and FGR Installation for Boiler #1 at Bradford Dyeing

Dear Ms. Main

CCA estimates the cost to install the low NOx burner and FGR system at Bradford Dyeing Boiler #1 is approximately one hundred and forty seven thousand dollars $(147,000). The scope of work, quantification of estimated benefits & project schedule follow.

**SCOPE OF WORK**

Installation of the Low NOx Burner and FGR fan and FGR duct; included in this estimate is the following Scope:

| | |
|---|---|
| Engineering Survey | 1 |
| Atomizer Testing | 1 |
| Atomizer | 1 |
| Back Plate | 1 |
| Nut | 1 |
| Aerodynamic Analysis & Swirler | 1 |
| Engineering | |
| Control Instrumentation | Lot |
| Project Management | |
| Control Interface | |
| Duct Estimate, Feet | 25 |
| Install Duct, Fan, Burner, Controls | 1 |
| FGR Damper & Actuator | 1 |
| Annubar | 1 |

| | |
|---|---|
| Install Supervision Days | 5 |
| Startup Days | 3 |
| Tuning Crew Days | 5 |

What is not included is the following:

a. Soil borings
b. P.E. review of existing pipe bridges, gratings, building steel, etc. For addition of new equipment
c. Responsibility for concealed or differing site conditions
d. Testing, removal, protection, containment, delays or disposal of contaminated or hazardous materials
e. Construction or payment bonds
f. Independent third party testing
g. Relocation or addition of bridges, walkways, platforms etc. For new equipment
h. Duct hanger and structural supports
i. Asbestos removal
j. Painting
k. Controls except as noted above.
l. Heat tracing and insulation.

**QUANTIFICATION OF BENEFITS**

Steam load today at Bradford Dyeing is basically carried by two boilers; the Foster Wheeler Unit (Boiler #12) which has approximately 70 klbm/hr steam capacity and the Cleaver Brooks Unit (Boiler #2) which has approximately 27 klbm/hr rating. Boiler #12 carries approximately 84% of the plant load while Boiler #2 carries the other 16%. There is another boiler on-site, a Babcock and Wilcox unit (Boiler #1) which is also rated at 70 klbm/hr. The environmental emissions impacts of installing the low NOx burner in Boiler #1 (along with a NOx controlling flue gas recirculation system) are discussed in this section. Assumptions made, data used and calculation methods are also discussed.

For comparative purposes the plant steam load demand was held constant when comparing Boilers #12 and #1 and the fuel properties were also held constant. Air emissions impacted are NOx, CO2 and SO2.

<u>NOx</u>
Boiler #12 has hard data relative to NOx emissions due to its yearly NOx RACT test requirement. The latest test results show the NOx level to be 0.38 lbm/mmBtu. Excess oxygen required with Boiler #12 is over 14%. Boiler #1 has no hard "compliance" NOx test data. The excess oxygen level associated with Boiler #1 is 4-5% versus 12-14% with Boiler #12. This represents a significant potential for reduced NOx with Boiler #1. Limited "tune-up" test data for Boiler #1 exists that shows NOx levels with no CO at the 0.35 lb/mmBtu level with the standard burner. The veracity of the data is unknown however. It should also be noted that Boiler #1 is more efficient than Boiler #12. For the

same output steam flow, approximately 7% less fuel would be required by Boiler #1 relative to Boiler #12. This boiler efficiency difference has been measured by the plant and also calculated by CCA using the ASME heat loss method. Factoring in the efficiencies with boiler #1, NOx emissions for the plant range from no adverse impact (no change) to 10% reduction depending upon the NOx load achieved by the new burner in Boiler #1. We suspect it will be somewhere between these extremes and expect approximately a 5% reduction of NOx. Testing will be required to verify the exact benefit.

CO2 and SO2

With the efficiency gains associated with Boiler #1, less fuel will be required to achieve the same steam flow and less fuel flow means less CO2 and SO2. Considering the contribution of Boiler #2 (the small Cleaver Brooks unit), the plant will produce approximately 6% less CO2 and SO2; a significant reduction in a greenhouse gas and an acid precursor. Even though the boiler loading profiles may change somewhat by going to a larger or smaller number of shift operations, relative emission reduction benefits will be realized.

**COMMERCIAL TERMS**

## Program Budget

CCA will perform the low NOx oil burner and FGR installation and optimization outlined in this proposal for the budget price above in accordance with our Commercial Terms and Conditions and Fees and Scope of Service schedules located in the Appendix.

All prices are quoted exclusive of state and local sales, excise, use or any other taxes. Such taxes, if applicable, will be in addition to the above prices and will be charged to your account. Any taxes assessed to CCA at a later date will be charged to your account. If the above items are tax exempt, the applicable tax exemption certificate is to be sent to CCA with your purchase order.

## Program Schedule

CCA can complete the work outlined in approximately sixteen to twenty (16-20) weeks after the authorization to proceed. We estimate a 5 day outage for the installation of the equipment.

The actual schedule will vary depending upon manpower loading at the time the authorization to proceed is received.

## Validity

This proposal is valid for acceptance for sixty (60) days and is subject to and engineering inspection and evaluation of the site conditions.

## Terms of Payment

Twenty percent (20%) of the contract price shall accompany your written purchase order. The remaining eighty percent (80%) shall be paid in progress payments upon completion of each phase or portion of phase as follows:

Note: Final payment is due 60 days after successful startup or (when performance testing is delayed) 180 days from final shipment of equipment, whichever comes first.

## Commercial Terms

CCA terms and conditions will be used for this project. They are attached.

Regards,

Edmund Schindler
V.P. Utility Sales

C: Gifford Broderick
John Hurley

CCA COMBUSTION COMPONENTS ASSOCIATES 884 MAIN STREET, MONROE, CT 06468
TEL (203)268-3139 FAX (203)261-7697